```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                                        Case No. 09-cr-114-PB

**Eric Sherman**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2009, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to October 6, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 29, 2009 final pretrial conference is continued to September 28, 2009 at 4:30 p.m.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

June 12, 2009

cc:  Jeffrey Levin, Esq.
     Robert Veiga, AUSA
     United States Probation
     United States Marshal