```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 09-cr-114-PB

**Eric Sherman**

## O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for October 6, 2009, citing the need for additional time to prepare a defense or negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to November 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 28, 2009 final pretrial conference is continued to October 23, 2009 at 3:15 p.m.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

September 25, 2009

cc:   Jeffrey S. Levin, Esq.
       Robert Veiga, Esq.
       United States Probation
       United States Marshal